UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNY HWANG on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>FLOWER GIRL NYC, LLC.<br><br>Defendant. | Case No. 1:23-cv-3950<br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL<br>WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:   Hicksville, New York
         December 14, 2023

Respectfully Submitted,

/s/ **Mars Khaimov**

12-15-23

By:   Mars Khaimov, Esq.
      100 Duffy Avenue, Suite 510
      Hicksville, New York 11801
      Tel (929) 324-0717
      Fax (929) 333-7774
      Email: mars@khaimovlaw.com
      *Attorney for Plaintiff*